■ MARIE RUGGIERO, Respondent, et al., Plaintiff, v PAULA MANDELL et al., Appellants.—In a negligence action to recover damages for personal injuries, defendants appeal (by permission) from an order of the Appellate Term of the Supreme Court for the Ninth and Tenth Judicial Districts, dated February 25, 1975, which reversed an order of the District Court of the County of Suffolk, First District, entered July 16, 1974, which granted defendants' motion for leave to amend their answer so as to assert a counterclaim by way of indemnity. Order reversed, without costs, and order of the District Court reinstated. Defendants must serve their amended answer within 20 days of entry of the order to be made hereon. This court's recent decision in *Tarantola v Williams* (48 AD2d 552) is dispositive of the issues raised on this appeal and requires that defendants be granted leave to amend their answer so as to plead a claim for apportionment against respondent for such share of responsibility as the latter might bear for the injuries allegedly sustained by respondent's passenger. Hopkins, Acting P. J., Latham and Brennan, JJ., concur; Margett and Shapiro, JJ., concur under the constraint of *Tarantola v Williams* (48 AD2d 552).

■ RUTH A. SCHEFER, Respondent, v JACK A. SCHEFER, Appellant.—The respective attorneys for the parties on this appeal from a judgment of the Supreme Court, Nassau County, entered April 1, 1975, have agreed by stipulation dated September 5, 1975, that said judgment be modified by reducing the support and maintenance award for the plaintiff wife from $125 per week to $95 per week, effective September 5, 1975, same to be without prejudice to the rights and obligations of the parties with respect to any arrears which may have accrued under the judgment. In accordance with the foregoing, it is ordered that the judgment is so modified, without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.